IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LESLIE M. JORDAN, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:08-CV-05 (CDL) |
| CORRECTIONS CORPORATION OF AMERICA, et al., | * | |
| Defendants. | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 12, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of March, 2008.

                                              S/Clay D. Land
                                                 CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE